

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
OFFICE OF THE CLERK
500 PEARL STREET
NEW YORK, NEW YORK 10007

RUBY J. KRAJICK
CLERK OF COURT

February 1, 2022

**Via ECF and Overnight Delivery**

Kim W. West
Clyde & Co US LLP
1 01 Second Street, 24th Floor
San Francisco, CA 94105

Jeffrey Louis Schulman
Pasich LLP
757 Third Avenue
Ste 20th Floor
New York, NY 10017

Re: 1:18-cv-07524-MKV, <u>Axis Surplus Insurance Company v. Weinstein</u>

Dear Counsel,

I have been contacted by Judge Paul Crotty, U.S.D.J., who presided over the above-named case before it was reassigned to Judge Mary Kay Vyskocil, U.S.D.J., on November 10, 2021.

Judge Crotty informed me that it has been brought to his attention that while he presided over the above-referenced case he owned stock in Chubb Insurance, which participated in settlement discussions regarding the above-named case. His ownership of stock neither affected nor impacted his decisions in this case. However, his stock ownership may have required recusal under the Code of Conduct for United States Judges, and thus, Judge Crotty requested reassignment and directed that I notify the parties of the potential conflict.

Advisory Opinion 71, from the Judicial Conference Codes of Conduct Committee, provides the following guidance regarding disqualification:

Notice to Counsel of Record
February 1, 2022
Page 2

> [A] judge should disclose to the parties the facts bearing on disqualification as soon as those facts are learned, even though that may occur after entry of the decision. The parties may then determine what relief they may seek and a court (without the disqualified judge) will decide the legal consequence, if any, arising from the participation of the disqualified judge in the entered decision.

If you wish to respond to Judge Crotty's disclosure of a potential conflict in this case, please file your response in the above-named case. Any response will be considered without the participation of Judge Crotty.

Sincerely,

Ruby J. Krajick
Clerk of Court

cc: Hon. Paul Crotty, U.S.D. J.
     Hon. Mary Kay Vyskocil, U.S.D.J.